Decided March 6, 2008

## STATE OF CONNECTICUT *v.* ANGEL T.

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 105 Conn. App. 568 (AC 27168), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the state's attorney's elicitation of evidence regarding a

missed meeting between the police and the defendant, and his comment thereon in summation, constituted prosecutorial impropriety which deprived the defendant of his right to a fair trial?"

The Supreme Court docket number is SC 18121.

*Timothy J. Sugrue*, senior assistant state's attorney, in support of the petition.

*Gary A. Mastronardi*, in opposition.

Decided March 6, 2008